# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **RE:  SEARCH WARRANT** ) | |
| ) | |
| ) | **Case No.: 1:17mj00172** |
| ) | |

# **O R D E R**

Upon motion by the Government, it is hereby **ORDERED** that all matters in the above-styled case are unsealed.

ENTERED: This 18th day of May, 2018.

/s/  *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE